**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
vs )
EUSTCLIO MARTINEZ-HERNANDEZ )

CASE NUMBER 08CR1744 LAB

ABSTRACT OF ORDER

Booking No.____________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/8/08

the Court entered the following order:

√ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $______ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

√ Other. 5 YEARS PROBATION

RECEIVED
2008 JUL -8 P 4:10
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

OR

Received____________
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by P. Dela Cruz
Deputy Clerk

**P. DELA CRUZ**

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**